| HCDistrictclerk.com | MOYA, JOSE MARIA (INDIVIDUALLY AND AS AD vs. CITY OF PASADENA TEXAS | | 11/29/2012 |
|---|---|---|---|
| | Cause: 201264082    CDI: 7    Court: 127 | | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 54020609 | Defendants Young, Coppedge, Teepee, Ruffin and City of Pasadena Defenses and Answer | | 11/26/2012 | 4 |
| | Defendants Young, Coppedge, Teepee, Ruffin and City of Pasadena Defenses and Answer | | 11/26/2012 | |
| | Defendants Young, Coppedge, Teepee, Ruffin and City of Pasadena Defenses and Answer | | 11/26/2012 | |
| | Defendants Young, Coppedge, Teepee, Ruffin and City of Pasadena Defenses and Answer | | 11/26/2012 | |
| | Defendants Young, Coppedge, Teepee, Ruffin and City of Pasadena Defenses and Answer | | 11/26/2012 | |
| 53807363 | Civil Bureau Process Pick-Up Form | | 10/30/2012 | 1 |
| 53764647 | Plaintiffs Original Petition and Request for Disclosure | | 10/26/2012 | 14 |
| -> 53764648 | Civil Case Information Sheet | | 10/26/2012 | 1 |



EXHIBIT B