713-477-1627                                                              04:18:14 p.m.   11-06-2012   3/4

CAUSE NO. 201264082

RECEIPT NO. 448490                     0.00           CIV
             10-26-2012                      TR # 72840498

PLAINTIFF: MOYA, JOSE MARIA (INDIVIDUALLY AND AS ADMINISTRATO    In The 127th
   vs.                                                           Judicial District Court
DEFENDANT: CITY OF PASADENA TEXAS                                of Harris County, Texas
                                                                 127TH DISTRICT COURT
                                                                 Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

TO: RUFFIN, PETER OFFICER TEXAS POLICE DEPARTMENT
    1201 DAVIS STREET   PASADENA TX 77506

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

This instrument was filed on the 26th day of October, 2012, in the above cited cause number and court. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
   This citation was issued on 30th day of October, 2012, under my hand and seal of said Court.

Issued at request of:                     CHRIS DANIEL, District Clerk
WILSON, LAWRENCE P.                        Harris County, Texas
6810 FM 1960 WEST                          201 Caroline      Houston, Texas 77002
HOUSTON, TX 77069                          (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 659-5200
Bar No.: 21704100                          GENERATED BY: GARCIA, ROXANA J    AJG/PXB/9419816

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____.M., on the _____ day of _____, _____.
Executed at (address) _____ in
_____ County at _____ o'clock _____.M., on the ____ day of _____,
_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____ copy(ies) of the
                                                                              Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

Fee: $_____
                                           _____
                                           _____ of _____ County, Texas

                                           By _____
_____                        Deputy
      Affiant

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared . After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                                 _____
                                                            Notary Public

N.INT.CITR.P

EXHIBIT
C