CAUSE NO. 201264082

| | | |
|---|---|---|
| | RECEIPT NO. 448490 | 0.00    CIV |
| | 10-26-2012 | TR # 72840491 |

PLAINTIFF: MOYA, JOSE MARIA (INDIVIDUALLY AND AS ADMINISTRATO       In The 127th
vs.                                                                  Judicial District Court
DEFENDANT: CITY OF PASADENA TEXAS                                    of Harris County, Texas
                                                                     127TH DISTRICT COURT
                                                                     Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

*B. Van*
11/6/12
10:00 AM

TO: YOUNG, MIKE DETECTIVE TEXAS POLICE DEPARTMENT
    1201 DAVIS STREET   PASADENA TX 77506

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

This instrument was filed on the 26th day of October, 2012, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
   This citation was issued on 30th day of October, 2012, under my hand and seal of said Court.

Issued at request of:                    CHRIS DANIEL, District Clerk
WILSON, LAWRENCE P.                      Harris County, Texas
6810 FM 1960 WEST                        201 Caroline      Houston, Texas 77002
HOUSTON, TX 77069                        (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 659-5200
Bar No.: 21704100                        GENERATED BY: GARCIA, ROXANA J    AJG/PXB/9419816

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____ .M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock _____ .M., on the ___ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____            copy(ies) of the
                                                                                    Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

Fee: $_____

                                                          _____ of _____ County, Texas

                                                  By _____
_____
      Affiant                                              Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                                  _____
                                                          Notary Public

N.INT.CITR.P

EXHIBIT
D