IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSE MARIA MOYA, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF JOSE MARIA SAUCEDA, JR., DECEASED; JOSE MARIA SAUCEDA, SR.; MARIA SOLIS; ALICIA MOYA; LAURA LOZANO AS NEXT FRIEND OF JOEL SAUCEDA, A MINOR, AND CHRISTINA M. SCOTT AS NEXT FRIEND OF ANGEL SAUCEDA, A MINOR <br><br> vs. <br><br> CITY OF PASADENA, TEXAS, AND DETECTIVE MIKE YOUNG, OFFICER COPPEDGE (F/N/U), OFFICER TEEPE (F/N/U), OFFICER PETER RUFFIN, AND JOHN DOES, IN THEIR INDIVIDUAL CAPACITIES AND IN THEIR OFFICIAL CAPACITIES FOR THE CITY OF PASADENA, TEXAS | CASE NO. 4:12-CV-03481 <br><br> JURY DEMANDED |

**AGREED MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT**

Plaintiffs JOSE MARIA MOYA, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF JOSE MARIA SAUCEDA, JR., DECEASED; JOSE MARIA SAUCEDA, SR.; MARIA SOLIS; ALICIA MOYA; LAURA LOZANO AS NEXT FRIEND OF JOEL SAUCEDA, A MINOR, and CHRISTINA M. SCOTT AS NEXT FRIEND OF ANGEL SAUCEDA, A MINOR hereby submit this agreed motion for entry of ORDER approving settlement and granting Final Dismissal of suit filed herewith.

This case settled at mediation. At the time suit was filed, Angel Sauceda was a minor and Joel Sauceda was a minor. Angel Sauceda has now turned 18 years of age. Joel Suaceda is still a minor. Accordingly, the parties request that the Court approve the settlement (attached to Order hereto as Exhibit A).

Wherefore, the Moving Parties respectfully request that the court enter the Order Approving Settlement and Granting Final Dismissal of Suit filed herewith.

Dated: _February 11, 2014_

Respectfully submitted,

**THE LANIER LAW FIRM, P.C.**

By: _/s/ W. Mark Lanier_
W. MARK LANIER
State Bar №.:11934600
Lawrence P. Wilson
State Bar №.: 21704100
P.O. Box 691448
6810 FM 1960 West (77069)
Houston, Texas 77269-1448
(713) 659-5200
(713) 659-2204 - Facsimile

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF CONFERENCE**

The undersigned counsel for PLAINTIFFS certifies consultation with counsel for City Of Pasadena, Texas, and Detective Mike Young, Officer Coppedge (F/N/U), Officer Teepe (F/N/U), Officer Peter Ruffin, and John Does, In Their Individual Capacities and In Their Official Capacities For The City Of Pasadena, Texas, in compliance with the meet and confer requirement in Local Rule CV-7(h).

_/s/ Larry P. Wilson_
Larry P. Wilson

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service pursuant to Local Rule CV-5(a)(3)(A) on this 11th day of February 2014.

Larry P. Wilson