IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSE MARIA MOYA, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF JOSE MARIA SAUCEDA, JR., DECEASED; JOSE MARIA SAUCEDA, SR.; MARIA SOLIS; ALICIA MOYA; LAURA LOZANO AS NEXT FRIEND OF JOEL SAUCEDA, A MINOR, AND CHRISTINA M. SCOTT AS NEXT FRIEND OF ANGEL SAUCEDA, A MINOR<br><br>vs.<br><br>CITY OF PASADENA, TEXAS, AND DETECTIVE MIKE YOUNG, OFFICER COPPEDGE (F/N/U), OFFICER TEEPE (F/N/U), OFFICER PETER RUFFIN, AND JOHN DOES, IN THEIR INDIVIDUAL CAPACITIES AND IN THEIR OFFICIAL CAPACITIES FOR THE CITY OF PASADENA, TEXAS | CASE NO. 4:12-CV-03481<br><br>JURY DEMANDED |

### AGREED ORDER APPROVING SETTLEMENT AND GRANTING FINAL DISMISSAL OF SUIT

The parties to this suit have informed the Court that they have reached a compromise settlement resolving all claims asserted in this litigation, subject only to the approval of the court. All parties inform the Court that they deny any legal liability on their part but have reached agreement to resolve the litigation to avoid further costs and burdens of protracted litigation.

Additionally, Plaintiffs have informed the Court that they have executed a written settlement agreement, which has been tendered to the Court identified as *Exhibit A*. This settlement agreement contains provisions which provide for a payment to Laura Lozano, as next friend of minor Joel Sauceda, and Christina M. Scott, as next friend of minor Angel Sauceda, and also a provision in which each Plaintiff has executed a release of all claims stemming from the

occurrences which form the basis of this lawsuit through the Estate of Jose Maria Sauceda, Jr. Deceased. The Court, after considering this settlement agreement, finds that it is therefore,

**ORDERED, ADJUDGED and DECREED** that the terms of the Settlement Agreement, attached hereto as *Exhibit A* is approved by the Court as a fair, just and reasonable settlement in the above styled and numbered cause. It is further,

**ORDERED** that in accordance with the settlement agreement, as well as the findings of this Court, the monies paid in settlement shall be distributed as provided in the settlement agreement. It is further,

**ORDERED** that all claims in this suit are dismissed with prejudice pursuant to the stipulation of the Parties and Rule 41 of the Federal Rules of Civil Procedure. It is further,

**ORDERED** that all costs are to be taxed against the party incurring the same.

SIGNED this ____ day of _____, 2014.

                                                                                     _____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE