IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JOSE MARIA MOYA, INDIVIDUALLY       §
AND AS ADMINISTRATOR OF THE         §
ESTATE OF JOSE MARIA SAUCEDA, JR.,  §
DECEASED; JOSE MARIA SAUCEDA,       §
SR.; MARIA SOLIS; ALICIA MOYA;      §
LAURA LOZANO AS NEXT FRIEND OF      §
JOEL SAUCEDA, A MINOR, AND          §
CHRISTINA M. SCOTT AS NEXT FRIEND   §
OF ANGEL SAUCEDA, A MINOR           §
                                    §     CASE NO. 4:12-CV-03481
vs.                                 §
                                    §        JURY DEMANDED
CITY OF PASADENA, TEXAS, AND        §
DETECTIVE MIKE YOUNG, OFFICER       §
COPPEDGE (F/N/U), OFFICER TEEPE     §
(F/N/U), OFFICER PETER RUFFIN, AND  §
JOHN DOES, IN THEIR INDIVIDUAL      §
CAPACITIES AND IN THEIR OFFICIAL    §
CAPACITIES FOR THE CITY OF          §
PASADENA, TEXAS                     §

SETTLEMENT AGREEMENT AND RELEASE

STATE OF TEXAS        §
COUNTY OF HARRIS      §

Plaintiffs and Defendants have entered into a final written agreement to resolve all disputes between them, including but not limited to all claims brought in the above styled lawsuit. Under the Agreement, Jose Maria Moya, Jose Maria Sauceda, Sr., Maria Solis, Alicia Moya, Laura Lozano, as next friend of Joel Sauceda, a minor, and Christina M. Scott, as next friend of Angel Sauceda, a minor, hereinafter referred to as the RELEASING PARTIES, in consideration of: Fifty Thousand Dollars, ($50,000), paid by the City of Pasadena, Texas, to the RELEASING PARTIES through their attorneys, W. Mark Lanier and Lawrence P. Wilson of The Lanier Law Firm, P.C., the receipt and sufficiency of which the RELEASING PARTIES



PLAINTIFF'S EXHIBIT
A

hereby acknowledge and confess, have this day RELEASED, ACQUITTED AND FOREVER DISCHARGED the City of Pasadena, Texas, its current and former police officers including but not limited to Officer Peter Ruffin, Officer Justin Coppedge, Officer Pedro Mejia, Officer Erick Dollagaray, Officer Richard Teepee, Detective Michael Young, and all other City employees, volunteers, elected and appointed officials, servants, governmental risk pools, agents, counsel and assigns in all capacities, hereinafter the RELEASED PARTIES, from all claims, demands, actions and causes of action of whatsoever character or nature, whether in contract, tort or by statute or common law, known or unknown, including any claims under the United States or Texas Constitutions or common law, which have or shall ever accrue to the RELEASING PARTIES arising out of or resulting from the occurrences which form the basis of the lawsuit identified in this agreement. The RELEASING PARTIES and their attorneys will apportion the payment received as follows:

| | |
|---|---|
| Lanier Law Firm (fees) | 10,000 |
| Alexander Law Firm (fees) | 10,000 |
| Lanier Law Firm (expenses) | 17,750 |
| Jose Sauceda, Sr. (Father of decedent) | 1,500 |
| Maria Solis (Mother of decedent) | 1,500 |
| Angel Sauceda (Now 18 but minor at time of death) | 2,250 |
| Jose Maria Moya (adult son of decedent) | 2,000 |
| Alicia Moya (adult daughter of decedent) | 2,000 |
| Joel Sauceda (minor son of decedent) | 3,000 |

For the aforesaid consideration, the RELEASING PARTIES agree to dismiss all claims against the RELEASED PARTIES, with prejudice, in Civil Action No. 4:12-cv-03481; *Jose Maria Moya, et al. v. City of Pasadena, Texas, et al.*; In the United States District Court for the Southern District of Texas, Houston Division. The above-described consideration is being accepted by the RELEASING PARTIES, in full compromise and settlement of all causes of action that were asserted or which could have been asserted in the above-described lawsuit.

The RELEASING PARTIES represent that they are the potential heirs of Jose Sauceda, Jr., Deceased and for the stated consideration; the RELEASING PARTIES also agree not to prosecute any action, or make any claim, against any RELEASED PARTY by or through the Estate of Jose Maria Sauceda, Jr., Deceased based upon the occurrences which form the basis of this lawsuit.

It is distinctly understood and agreed by the RELEASING PARTIES that this is a **FULL, COMPLETE, AND FINAL RELEASE** and that the sum of money above-recited is being paid to, and is accepted by, the RELEASING PARTIES in **FULL COMPROMISE SETTLEMENT** of a disputed claim, and the parties hereby released do not admit any liability. Instead, to the contrary, the parties hereby released have consistently denied liability in this matter and still deny that there is any legal liability on their part, but the City is nonetheless paying the above-recited sum of money in compromise and settlement of a disputed claim to avoid further burdens and expense of litigation, and such payment is not to be construed in any manner as an admission of liability by any RELEASED PARTY. In making this agreement, the RELEASING PARTIES aver that they have not relied upon any statement or representation which is not contained within this document.

The undersigned has carefully read the foregoing instrument with the benefit of the assistance of counsel of their choosing and affirm by their signatures below that this Agreement and Release contains the entire agreement between the parties hereto, that the terms of this instrument are contractual and are not mere recitals and that the undersigned specifically know the contents and effects hereof and the RELEASING PARTIES execute this **COMPLETE AND FINAL RELEASE** of the RELEASED PARTIES of their own free will and as their own acts and deeds.

The RELEASING PARTIES hereby warrant and represent that Jose Maria Sauceda, Jr. is not, nor has he ever been enrolled in Medicare Part A or Part B.   Further, that Jose Maria Sauceda, Jr. has no claim for Social Security Disability benefits nor is he appealing or re-filing for Social Security Disability benefits.

The RELEASING PARTIES agree they are solely responsible for medical and other related expenses and any related liens stemming from the occurrences which form the basis of this lawsuit.

The RELEASING PARTIES agree that they will INDEMNIFY and HOLD HARMLESS the RELEASED PARTIES for any and all claims asserted against the RELEASED PARTIES by those claiming through, or under the RELEASING PARTIES, in any way related to the occurrences made the basis of this lawsuit.

EXECUTED this 16th day of January, 2014.


_____
JOSE MARIA MOYA


STATE OF TEXAS             §
                           §      KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF HARRIS           §

BEFORE ME, the undersigned authority on this 16th day of January, 2014, personally appeared Jose Maria Moya, known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and upon oath that this release and assignment was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this 16th day of January, 2014, to certify which witness my hand and seal of office.


_____
NOTARY PUBLIC - STATE OF TEXAS


BELINDA LOWER
MY COMMISSION EXPIRES
April 18, 2017

5

EXECUTED this *2 l* day of January, 2014.

*Jose m Sauceda*
JOSE MARIA SAUCEDA, SR.

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF HARRIS | § | |

BEFORE ME, the undersigned authority on this *21* day of January, 2014, personally appeared Jose Maria Sauceda, Sr., known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and upon oath that this release and assignment was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this *21* day of *JANUARY*, 2014, to certify which witness my hand and seal of office.

*Teresa B De La Cruz*
NOTARY PUBLIC - STATE OF TEXAS

TERESA B DE LA CRUZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 11-01-2017

6

EXECUTED this 16th day of January, 2014.

*Maria Elva Solis*

MARIA SOLIS

STATE OF TEXAS        §
                      §        KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF HARRIS      §

BEFORE ME, the undersigned authority on this 16th day of January, 2014, personally appeared Maria Solis, known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and upon oath that this release and assignment was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this 16th day of January 2014, to certify which witness my hand and seal of office.

*Melinda Lower*

NOTARY PUBLIC - STATE OF TEXAS



BELINDA LOWER
MY COMMISSION EXPIRES
April 18, 2017

7

EXECUTED this 14th day of January, 2014.

_____
ALICIA MOYA

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF HARRIS | § | |

BEFORE ME, the undersigned authority on this 14th day of January, 2014, personally appeared Alicia Moya, known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and upon oath that this release and assignment was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this 14th day of January, 2014, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC - STATE OF TEXAS

BELINDA LOWER
MY COMMISSION EXPIRES
April 18, 2017

8

EXECUTED this ____ day of January, 2014.

_____
LAURA LOZANO, as Next Friend of
Joel Sauceda, a Minor

| STATE OF TEXAS | § | |
|---|---|---|
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF HARRIS | § | |

BEFORE ME, the undersigned authority on this ____ day of January, 2014, personally appeared Laura Lozano, as Next Friend of Joel Sauceda, a Minor, known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and upon oath that this release and assignment was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this ____ day of January 2014, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC - STATE OF TEXAS



BELINDA LOWER
MY COMMISSION EXPIRES
April 18, 2017

9

EXECUTED this 16th day of January, 2014.

_Christina Scott_
CHRISTINA M. SCOTT, as Next Friend of
Angel Sauceda, a Minor


STATE OF TEXAS          §
                        §          KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF Harris        §

BEFORE ME, the undersigned authority on this 16th day of January, 2014, personally appeared Christina M. Scott, as Next Friend of Angel Sauceda, a Minor, known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and upon oath that this release and assignment was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this 16th day of January, 2014, to certify which witness my hand and seal of office.

_Belinda Forks_
NOTARY PUBLIC - STATE OF TEXAS

10

I, Lawrence P. Wilson, attorney for Jose Maria Moya, Jose Maria Sauceda, Sr., Maria Solis, Alicia Moya, Laura Lozano, as next friend of Joel Sauceda, a minor, and Christina M. Scott, as next friend of Angel Sauceda, a minor, hereby represent that I acknowledge that the foregoing release and assignment has been fully and completely explained to Jose Maria Moya, Jose Maria Sauceda, Sr., Maria Solis, Alicia Moya, Laura Lozano, as next friend of Joel Sauceda, a minor, and Christina M. Scott, as next friend of Angel Sauceda, a minor, prior to their execution thereof and acknowledge receipt of my fee out of the sum of money mentioned above.

Lawrence P. Wilson,
Counsel for Plaintiffs

772529

11